1  Name: Courtney Green
2  Address: Po Box 22444
3      Kansas City, MO. 64113
4  Phone: (816) 286-9299
5  Fax: _____
6  In Pro Per

FILED
CLERK, U.S. DISTRICT COURT
12/20/22
CENTRAL DISTRICT OF CALIFORNIA
BY: CS    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Courtney Green

                              Plaintiff

v.

The Walt Disney Company

                              Defendant(s).

CASE NUMBER:
CV20-9271-SVW(RAOx)

To be supplied by the Clerk of
The United States District Court

Complaint

I the plaintiff Courtney Green, am filing a pro se lawsuit against the defendant The Walt Disney Company for...

CV-126 (09/09)        PLEADING PAGE FOR A COMPLAINT

**Pleading page for complaint.**

I the Plaintiff Courtney Green, am filing a pro se lawsuit against the Defendant The Walt Disney Company for invasion of privacy, exploiting/extorting an electronic breach in a television platform as a convenient method of carrying out the act of racketeering, the illegal transmission of personal information and intellectual property through cyber stalking and in person interaction for purposes of profit. Conspiring as an organized syndicate to manipulate and carry out intentional malice, exploitation, humiliation, defamation of one's character and slander. Using network capabilities to manipulate, control and/or limit the plaintiffs viewing capabilities. The non consensual monitoring and studying of the plaintiffs daily habits for ulterior motive. Continuous escalated behavior over the course of 3 years from early 2020 until present exhibits the Defendant The Walt Disney Company negligence in addressing the actions of its employees,network and entity as a whole and the priority in ending this said electronic mishap. Through this electronic breach, American data and privacy protection laws and rights were violated such as the Consumer Privacy Protection Act of 2017,Consumer Online Privacy Rights, 16 CFR Part 313: Privacy of Consumer Financial Information Rule under the Gramm-Leach-Bliley Act,Citizen Media Law Project,18 U.S. Code § 1038False information and hoaxes etc.